■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFFORD PATTERSON, Appellant. — Judgment of the Supreme Court, Queens County, rendered June 2, 1980, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J.P., Lazer, Cohalan and Thompson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMIE PATTERSON, Appellant. — Appeal by defendant from a judgment of the County Court, Nassau County, rendered November 8, 1979, convicting him of two counts of murder in the second degree, and one count of robbery in the

second degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of defendant's motion to suppress certain statements. Case remitted to the County Court to hear and report on whether the police, at the time of questioning the defendant, knew that he was represented by counsel as to other pending crimes (see *People v Servidio*, 77 AD2d 191), and appeal held in abeyance in the interim. The County Court is to file its report with all convenient speed. Hopkins, J.P., Titone, Rabin and Weinstein, JJ., concur.